# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),    :    Case No. 3:12-po-92

- vs -    Magistrate Judge Michael R. Merz

JUSTIN MARRIOTT

        Defendant(s).    :

## ORDER REVOKING PROBATION

This case came on for hearing on May 3, 2013, on report of the Probation Officer that Defendant had violated the conditions of his probation by being convicted of Carrying a Concealed Weapon (F4) in Montgomery County Common Pleas Court case 2013CR0436.

Defendant admitted the violation of the conditions of his probation.

Accordingly, it is hereby ordered that Defendant Justin Marriott's probation be revoked. Defendant is sentenced to and given credit for time served while on home confinement through the Probation Department.

May 3, 2013

                                                  s/ Michael R. Merz
                                             United States Magistrate Judge